UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH MCNEW,
    Plaintiff,

v.                                Case No.:  1:24cv208/TKW/ZCB

AMY BARRS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a prisoner proceeding *pro se* and *in forma pauperis*, commenced this action by filing a complaint.  (Doc. 1).  The Court performed its screening duty under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) and determined that Plaintiff's complaint suffered from several deficiencies.  (*See* Doc. 13).  Accordingly, on February 25, 2025, Plaintiff was ordered to file an amended complaint or notice of voluntary dismissal within thirty days.  (*Id.* at 18-19).

Plaintiff did not file an amended complaint or notice of voluntary dismissal by the deadline.  Therefore, on April 4, 2025, the Court ordered Plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with a Court order.  (Doc. 15).  The Court notified Plaintiff that his failure to show cause would result in a

1

recommendation of dismissal of this case. (*Id.* at 1). The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.[1] *See* N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with an applicable rule or a court order"); *see also Duong Thanh Ho v. Costello*, 757 F. App'x 912, 914-15 (11th Cir. 2018) (affirming dismissal where *pro se* plaintiff failed to file an amended complaint as directed); *Farney v. Florida*, No. 3:24CV190-TKW-HTC, 2024 WL 3553278, at *1 (N.D. Fla. July 26, 2024) (dismissing for failure to comply with order to file amended complaint).

At Pensacola, Florida, this 28th day of April 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

**Notice to the Parties**

---

[1] This is the second time the Court has recommended dismissal for Plaintiff's failure to comply with Court orders. (*See* Doc. 6). The previous recommendation was vacated after Plaintiff belatedly responded. (Doc. 8).

2

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.