UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH MCNEW,

     Plaintiff,

v.                              Case No. 1:24cv208-TKW-ZCB

AMY BARRS, et al.,

     Defendants.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16).  No objections were filed.[1]

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with court orders.  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  Plaintiff may not have received the Report and Recommendation because the copy mailed to her address of record was returned as undeliverable, *see* Doc. 17, as was the copy mailed to another potential address located for Plaintiff, *see* Doc. 18.  That, however, does not preclude dismissal of this case because Plaintiff's failure to keep the Court apprised of his current address is an additional reason for dismissal because it is tantamount to a failure to prosecute.

2.      This case is DISMISSED without prejudice for failure to comply with court orders.

3.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 23rd day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**